

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Len Moulton, Appellant

No. 06-22-00008-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2008F00339). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Chief Justice Marion** participating.   *Justice Carter, Retired, Sitting by Assignment and **Chief Justice Marion, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, David Len Moulton, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 10, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk